

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DR. CHARLES E. WILLIS, II; IVAN MOORHEAD; JOHN PLAIN; DR. RANEE GUMM, INDIVIDUALLY AND AS TRUSTEE OF ELIZABETH ASHLEY GUMM LIVING TRUST AND WILLIAM WILLEY GUMM LIVING TRUST; DR. WILLIAM GUMM, INDIVIDUALLY AND AS TRUSTEE OF ELIZABETH ASHLEY GUMM LIVING TRUST AND WILLIAM WILLEY GUMM LIVING TRUST; BREW PARTNERS, L.P.; KEN GROSSNER; GEORGE AND SHARON TILLOTSON; AND GORDON AND JEANETTE MARTIN, | § § § § § § § § § | No. 08-11-00207-CV<br><br>Appeal from the<br><br>431st District Court<br><br>of Denton County, Texas<br><br>(TC# 2008-30297-211) |
| Appellants, | § | |
| v. | § | |
| PETER G. MARSHALL; PETER MARSHALL & COMPANY, P.C., AND SUMMERS MARSHALL & COMPANY, P.C., | §<br><br>§ | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, on the

judgment and all costs, both in this Court and the court below for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating